**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

MONIQUE DAVIS,

      **Plaintiff,**

      **v.**
                               **Case Number 2:25-cv-249
                                   Judge Edmund A. Sargus, Jr.
                                   Magistrate Judge Kimberly A. Jolson**

POST WOODS TOWNHOMES, LLC, *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on October 2, 2025. (ECF No. 29.) The Magistrate Judge recommends that Plaintiff Monique Davis's Complaint be dismissed for failure to prosecute. (*Id.*)

Ms. Davis, proceeding *pro se* and *in forma pauperis*, brought claims under the Fair Housing Act, 42 U.S.C. § 3601, *et seq.*, and state law against Defendants Burlington Capital Management, New Post Woods Townhomes LP, Post Woods Apartments, Post Woods Townhomes LLC, Nicole Connor, and Sunbelt Multifamily Properties. (ECF No. 4.) Ms. Davis alleged that she experienced disability discrimination and retaliation when she was a tenant at Post Woods Apartments. (ECF No. 4.)

Because Ms. Davis failed to meet various deadlines and respond to the Court's orders, on August 29, 2025, the Court issued a Show Cause Order requiring Ms. Davis to show cause within 14 days why the action should not be dismissed for failure to prosecute. (ECF No. 28.) The Show Cause Order warned Ms. Davis that failure to respond would result in a recommendation that her case be dismissed. (*Id.*) Ms. Davis did not respond to the Show Cause Order.

On October 2, 2025, the Magistrate Judge issued a Report and Recommendation concluding that Ms. Davis has abandoned her lawsuit and recommending dismissal of Ms. Davis's Complaint for failure to prosecute. (ECF No. 29, PageID 236.)

After a magistrate judge issues a report and recommendation, any party may object within 14 days by serving and filing written objections to the magistrate judge's proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). Failure to object results in waiver of the right to a *de novo* review of the Report and Recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Ms. Davis was advised of her right to object to the Report and Recommendation and the consequences of failing to do so. (ECF No. 29, PageID 236–37.) Ms. Davis did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 29.) Plaintiff's Complaint is **DISMISSED** for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk is **DIRECTED** to enter judgment and close this case.

The Clerk is further **DIRECTED** to mail a copy of this Order to Plaintiff Monique Davis at P.O. Box 243, Brice, Ohio 43109.

**IT IS SO ORDERED.**

2/10/2026              s/Edmund A. Sargus, Jr.
**DATE**          **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**

2